

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2020

No. 04-20-00452-CV

**IN THE INTEREST OF A.L.H., S.S.H., H.R.H., H.L.H., V.A.P., R.J.R., CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02055
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On September 10, 2020, appellant filed a notice of appeal stating her intent to appeal a final decree of termination that appellant contends was orally rendered on August 13, 2020. The clerk's record did not contain a signed final order terminating appellant's parental rights. Therefore, on September 25, 2020, this court ordered appellant to show cause in writing no later than October 5, 2020, why this appeal should not be dismissed for lack of jurisdiction. Our order cautioned appellant that if she failed to timely respond, this appeal would be dismissed for lack of jurisdiction. Appellant did not respond, therefore, on October 21, 2020, this court dismissed the appeal for want of jurisdiction.

On October 22, 2020, appellant filed a motion to reinstate the appeal explaining the delay in obtaining a signed written final judgment. Attached to the motion is a copy of a signed "Final Order in Suit Affecting the Parent-Child Relationship and Order of Termination" dated October 14, 2020.

The motion to reinstate is GRANTED. The Bexar County District Clerk is ORDERED to file a supplemental clerk's record containing the signed "Final Order in Suit Affecting the Parent-Child Relationship and Order of Termination" **no later than November 6, 2020**.

Because the reporter's record was filed on October 7, 2020, appellant's brief in this accelerated appeal is due no later than twenty days from the date the supplemental clerk's record is filed.

It is so **ORDERED** October 27, 2020.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_

MICHAEL A. CRUZ,
CLERK OF COURT